[Crim. No. 2994.   Second Appellate District, Division Two.—July 14, 1937.]

THE PEOPLE, Respondent, v. JOHNNIE TEJADA, Appellant.

No appearance for Appellant.

U. S. Webb, Attorney-General, for Respondent.

CRAIL, P. J.—This is an appeal from a conviction of an assault with a deadly weapon.  The clerk's transcript and the reporter's transcript were filed June 7, 1937.  ▮ No appearance has been made by the defendant and no briefs have been filed by him.  The case has been regularly noticed on the calendar and has been submitted.  The judgment of the superior court is affirmed as provided by section 1253 of the Penal Code.

Judgment affirmed.

Wood, J., concurred.